UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:16-cv-0025 TLN CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| DEGEORGES, et al., | |
| Defendants. | |

On March 31, 2016, the district court ordered plaintiff to pay the $400 filing fee for this action within 30 days. Plaintiff was warned that failure to pay the filing fee within 30 days would result in dismissal. Plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

1

1 | time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2 | (9th Cir. 1991).

3 | Dated:  May 10, 2016

*(signature)*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will0024.fee

2